DOUGLAS TUCKER #127550
AMANDA G. HEBESHA #234214
JASON S. EPPERSON #201318
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm, Suite 221
Post Office Box 9489
Fresno, California 93792-9489
Telephone: (559) 435-5500
Facsimile: (559) 435-1500

Attorneys for Defendant,
MID VALLEY LABOR SERVICES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> MID VALLEY LABOR SERVICES, INC., <br><br> Defendant. | Case No.: **CV 10 2560 JCS** <br><br> **STIPULATION CONTINUING INITIAL CASE MANAGEMENT CONFERENCE; [proposed] ORDER** <br><br> Date: October 15, 2010 <br> Time: 1:30 p.m. <br> Place: Department A <br> Judge: Magistrate Judge Joseph C. Spero |

**IT IS HEREBY STIPULATED** by and between Equal Employment Opportunity Commission ("Plaintiff") and Mid Valley Labor Services, Inc. ("Defendant") that, due to Defendant just entering the case, the Initial Case Management Conference and related dates be continued as follows:

1. The last day to meet and confer regarding initial disclosures, ADR process and discovery plan, and to file initial ADR documents, be continued from September 27, 2010 to October 18, 2010.

2. The last day to complete initial disclosures, file Rule 26(f) report and Case Management Statement be continued from October 8, 2010 to October 29, 2010.

///

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

Page 1 of 2
**STIPULATION CONTINUING INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**

3. The Initial Case Management Conference be continued from October 15, 2010 to November 5, 2010.

Dated: October _7__, 2010.   EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By  */s/ Cindy O'Hara*
CINDY O'HARA
Attorney for Plaintiff,
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Dated: October _8__, 2010.   KIMBLE, MacMICHAEL & UPTON
A Professional Corporation

By  */s/ Douglas Tucker*
DOUGLAS TUCKER
Attorney for Defendant,
MID VALLEY LABOR SERVICES, INC.

## ORDER

**IT IS HEREBY ORDERED** that the case management dates in this matter be continued as follows:

1. The last day to meet and confer regarding initial disclosures, ADR process and discovery plan, and to file initial ADR documents, is continued from September 27, 2010 to October 18, 2010.

2. The last day to complete initial disclosures, file Rule 26(f) report and Case Management Statement is continued from October 8, 2010 to October 29, 2010.

3. The Initial Case Management Conference is continued from October 15, 2010 to November 5, 2010.

**IT IS SO ORDERED.**

Dated: 10/7/10 .   UNITED STATES MAGISTRATE JUDGE

*Judge Joseph C. Spero*

5258.26 - 00204569.000

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489