```
DOUGLAS TUCKER  #127550
AMANDA G. HEBESHA  #234214
JASON S. EPPERSON  #201318
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm, Suite 221
Post Office Box 9489
Fresno, California  93792-9489
Telephone:  (559) 435-5500
Facsimile:  (559) 435-1500
```

Attorneys for Defendant,
MID VALLEY LABOR SERVICES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Plaintiff,<br><br>vs.<br><br>MID VALLEY LABOR SERVICES, INC.,<br><br>        Defendant. | Case No.:  **CV 10 2560 JCS**<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE SET NOVEMBER 5, 2010**<br><br>Date:   November 5, 2010<br>Time:   1:30 p.m.<br>Place:  Department A<br>Judge:  Magistrate Judge Joseph C. Spero |

      Counsel for Defendant Mid Valley Labor Services, Inc. hereby requests that it be allowed to appear via telephone at the Initial Case Management Conference set November 5, 2010.

      If allowed, defendant's counsel, Douglas Tucker, can be reached at (559) 436-3885.

Dated:  October 28, 2010.

Respectfully submitted,

IT IS HEREBY ORDERED that Mr. Tucker shall be on phone standby beginning at 1:30 PM and await the Court's phone call.

Dated: 11/1/10

5258.26 - 00205145.000

KIMBLE, MacMICHAEL & UPTON
A Professional Corporation

By  */s/ Douglas Tucker*
    DOUGLAS TUCKER
    Attorney for Defendant,
    MID VALLEY LABOR SERVICES, INC.

[Seal: UNITED STATES DISTRICT COURT / NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Joseph C. Spero]

LAW OFFICES
Kimble, MacMichael & Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. BOX 9489
FRESNO, CA  93792-9489

1

REQUEST FOR TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE SET NOVEMBER 5, 2010