DOUGLAS TUCKER  #127550
AMANDA G. HEBESHA  #234214
JASON S. EPPERSON  #201318
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm, Suite 221
Post Office Box 9489
Fresno, California  93792-9489
Telephone:  (559) 435-5500
Facsimile:   (559) 435-1500

Attorneys for **Defendant,**
**MID VALLEY LABOR SERVICES, INC.**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No.: **CV 10 2560 JCS** |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE SCHEDULING** |
| vs. | |
| MID VALLEY LABOR SERVICES, INC., | |
| Defendant. | |

## RECITALS

1. On December 6, 2010, trial counsel for plaintiff Equal Employment Opportunity Commission, Cindy O'Hara, and trial counsel for defendant Mid-Valley Labor Services, Inc., Douglas Tucker and Amanda Hebesha, (sometimes referred to herein as "the parties") attended a telephonic conference with mediator, Sue Stott (sometimes referred to herein as "the mediator").

2. It was determined by the parties and the mediator that in order for successful and meaningful mediation the parties would need additional time to conduct discovery and otherwise prepare for the mediation in this matter.

///

///

LAW OFFICES
Kimble, MacMichael & Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

1 of 3

**STIPULATION AND [PROPOSED] ORDER RE SCHEDULING**

3. As a result, the parties and the mediator agreed to move the mediation from late January 2011 to late March or early April 2011.

4. The parties agreed to meet and confer and schedule a further status conference with the mediator to take place in mid January 2011 wherein a specific date for the mediation would be determined and scheduled.

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED,** by and between for plaintiff Equal Employment Opportunity Commission and defendant Mid-Valley Labor Services, Inc., through their respective counsel as follows:

5. The mediation in this matter will be moved from late January 2011 to late March or early April 2011.

6. As a result of the change in the date of the mediation, the Further Case Management Conference currently scheduled for February 4, 2011 at 1:30 p.m., shall be continued 90 days.

Dated:  December  14 , 2010.         KIMBLE MACMICHAEL & UPTON
                                     A Professional Corporation

                                     By:   */s/ Douglas Tucker*
                                         Douglas Tucker
                                         Attorneys for defendant
                                         Mid-Valley Labor Services, Inc.

Dated:  December  14 , 2010.         EQUAL EMPLOYMENT OPPORTUNITY
                                     COMMISSION

                                     By:   */s/ Cindy O'Hara*
                                         Cindy O'Hara
                                         Attorney for plaintiff
                                         Equal Employment Opportunity
                                         Commission

*Continued on next page ...*

///

///

LAW OFFICES
Kimble, MacMichael & Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA  93792-9489

2 of 3
**STIPULATION AND [PROPOSED] ORDER RE SCHEDULING**

# ORDER

Upon reading the foregoing Stipulation of the Parties, and good cause appearing therefore, **IT IS HEREBY ORDERED**:

1. The mediation in this matter will be moved from late January 2011 to late March or early April 2011; and

2. The Further Case Management Conference currently scheduled for February 4, 2011 at 1:30 p.m., shall be continued to  May 6, 2011 at 1:30 p.m. .

Dated: December 14 , 2010.

_____
The Honorable Joseph C. Spero
Magistrate Judge

5258.26 - 00222538.000

LAW OFFICES
Kimble, MacMichael & Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489