1   WILLIAM R. TAMAYO – #084965 (CA)
    JONATHAN T.  PECK -- #12303 (VA)
2   DAVID F. OFFEN-BROWN – #63321 (CA)
    CINDY O'HARA -- #114555 (CA)
3   EQUAL EMPLOYMENT OPPORTUNITY
      COMMISSION
4   San Francisco District Office
    350 The Embarcadero, Suite 500
5   San Francisco, California  94105-1260
    Telephone:     (415) 625-5653
6   Facsimile:      (415) 625-5657

7   Attorneys for Plaintiff EEOC

8

9                    UNITED STATES DISTRICT COURT

10                NORTHERN  DISTRICT OF CALIFORNIA

11

12   **EQUAL EMPLOYMENT OPPORTUNITY**          )        Civil Action No. C-10-02560 JCS
         **COMMISSION,**                        )
13                                              )
               Plaintiff,                       )        **STIPULATION AND REQUEST RE:**
14                                              )        **SCHEDULING;**
               v.                               )        [proposed] **ORDER**
15                                              )
     **MID VALLEY LABOR SERVICES, INC.,**        )
16                                              )
               Defendant.                       )
17   _____ )

18

19                              **RECITALS**

20        1.     Pursuant to the Court's Case Management Order of November 15, 2010,

21   mediation of this matter was to occur within ninety (90) days, in other words, by

22   February 14, 2011.

23        2.     On December 6, 2010, trial counsel for plaintiff Equal Employment

24   Opportunity Commission, Cindy O'Hara, and trial counsel for Defendant Mid-Valley

25   Labor Services, Inc., Douglas Tucker and Amanda Hebesha, (collectively referred to

26   herein as "the parties") attended a telephonic conference with the Northern District's

27   assigned mediator Sue Stott ( "the mediator").

28   //

Stipulation and Request Re: Scheduling; Order                                      Page 1

3.      In the December 6, 2010 conference, it was determined by the parties and the mediator that in order to have a successful and meaningful mediation, the parties would need additional time to conduct discovery and otherwise prepare for the mediation in this matter.  On that basis, the parties stipulated and requested of the Court that the mediation deadline be continued to late March or early April, 2011.  This request was granted by the Court by Order of December 14, 2010, and the case management conference then set for February 4, 2011 was rescheduled to May 6, 2011.

4.      The parties have been unable to complete the discovery which they believe is necessary prior to meaningful mediation. As a result , the parties have conferred with the mediator, and, given the schedules of counsel and the mediator, are seeking dates to conduct the mediation in May or early June, 2011.

5.      Based on the above, the parties hereby seek an extension of the date for mediation to be completed until June 13, 2011.  The parties also seek to have the May 6, 2011 case management conference continued to June 17, 2011, to allow for the completion of mediation prior to the conference.

## STIPULATION AND REQUEST

The parties to this matter, Plaintiff Equal Employment Opportunity Commission and Defendant Mid-Valley Labor Services, Inc., through their respective counsel, hereby stipulate and request the following:

1.      That the mediation deadline in this matter be moved to no later than June 13, 2011.

2.      As a result of the change in the date of the mediation, the Further Case Management Conference currently scheduled for May 6, 2011 at 1:30 p.m., be continued until June 17, 2011 at 1:30 p.m.

E filing concurrence: I, Cindy O'Hara, counsel for Plaintiff EEOC, certify that I have consulted with Defendant's counsel Douglas Tucker and that he concurs in the filing of this stipulation and request.

//

Dated: April 22, 2011                EQUAL EMPLOYMENT OPPORTUNITY
                                     COMMISSION

                                     By: /s/ Cindy O'Hara
                                         Cindy O'Hara
                                         Attorney for Plaintiff
                                         Equal Employment Opportunity
                                         Commission

Dated: April 22, 2011                MOSS, TUCKER, CHIU, HEBESHA & WARD

                                     A Professional Corporation


                                     By: /s/ Douglas Tucker
                                         Douglas Tucker
                                         Attorneys for Defendant
                                         Mid-Valley Labor Services, Inc.


### ORDER

Upon reading the foregoing Stipulation of the Parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED:**

1.    The mediation in this matter will be completed not later than June 13, 2011; and

2.    The Further Case Management Conference currently scheduled for May 6, 2011 at
1:30 p.m., shall be continued to June 17, 2011 at 1:30 p.m.

Dated: ___April 25_____, 2011

_____
U.S. District Case Magistrate Judge

Judge Joseph C. Spero