DOUGLAS TUCKER #127550
AMANDA G. HEBESHA #234214
MOSS TUCKER CHIU HEBESHA & WARD PC
5260 North Palm, Suite 205
Fresno, California 93704
Telephone: (559) 472-9922
Facsimile: (559) 472-9892

Attorneys for **Defendant,**
**MID VALLEY LABOR SERVICES, INC.**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> MID VALLEY LABOR SERVICES, INC., <br><br> Defendant. | Case No.: **CV 10 2560 JCS** <br><br> **STIPULATION AND [PROPOSED] ORDER RE SCHEDULING** <br><br> Date: June 17, 2011 <br> Time: 1:30 p.m. <br> Place: Department A <br> Judge: Magistrate Judge Joseph C. Spero |

## RECITALS

1. On December 6, 2010, trial counsel for plaintiff Equal Employment Opportunity Commission, Cindy O'Hara, and trial counsel for defendant Mid-Valley Labor Services, Inc., Douglas Tucker and Amanda Hebesha, (sometimes referred to herein as "the parties") attended a telephonic conference with mediator, Sue Stott (sometimes referred to herein as "the mediator").

2. It was determined by the parties and the mediator that in order for successful and meaningful mediation the parties would need additional time to conduct discovery and otherwise prepare for the mediation in this matter.

3. As a result, the parties and the mediator agreed to move the mediation from late January 2011 to late March or early April 2011.

MOSS TUCKER CHIU
HEBESHA & WARD PC
5260 N. Palm Ave., #205
Fresno, CA 93704

1 of 3
STIPULATION AND [PROPOSED] ORDER RE SCHEDULING

4. The parties have been in discussion with the mediator and each other concerning a new date for the mediation. However, despite the parties' best efforts, there is still discovery outstanding on which the parties are diligently working to complete prior to the mediation. The parties believe that the outstanding discovery is necessary for a meaningful mediation.

5. The parties met and conferred, and were in continual contact with the mediator regarding a mediation date. The parties tentatively set a mediation in early June, prior to the further case management conference. However, the parties have not been able to proceed with a meaningful mediation with the current discovery outstanding.

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED,** by and between for plaintiff Equal Employment Opportunity Commission and defendant Mid-Valley Labor Services, Inc., through their respective counsel as follows:

6. The mediation in this matter will be moved from June to July 2011.

7. As a result of the change in the date of the mediation, the Further Case Management Conference currently scheduled for June 17, 2011 at 1:30 p.m., shall be continued 60 days.

Dated: June  10 , 2011.    MOSS TUCKER CHIU HEBESHA & WARD PC

By:  /s/ Douglas Tucker
     Douglas Tucker
     Attorneys for defendant
     Mid-Valley Labor Services, Inc.

Dated: June  10 , 2011.    EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By:  /s/ Cindy O'Hara
     Cindy O'Hara
     Attorney for plaintiff
     Equal Employment Opportunity
     Commission

*Continued on next page ...*

MOSS TUCKER CHIU
HEBESHA & WARD PC
5260 N. Palm Ave., #205
Fresno, CA 93704

2 of 3
STIPULATION AND [PROPOSED] ORDER RE SCHEDULING

# ORDER

Upon reading the foregoing Stipulation of the Parties, and good cause appearing therefore, **IT IS HEREBY ORDERED**:

1. The mediation in this matter will be moved from June to July 2011; and

2. The Further Case Management Conference currently scheduled for June 17, 2011, at 1:30 p.m., shall be continued to August 26, 2011 at 1:30 p.m., in Courtroom G, 15th Floor.

Dated: June 13, 2011.

_____
The Hon. Joseph C. Spero
United States Magistrate Judge

5258.26 -- PLDG.STIP&ORDER

MOSS TUCKER CHIU
HEBESHA & WARD PC
5260 N. Palm Ave., #205
Fresno, CA 93704

3 of 3
**STIPULATION AND [PROPOSED] ORDER RE SCHEDULING**