DOUGLAS TUCKER #127550
HENRY Y. CHIU 222927
AMANDA G. HEBESHA #234214
MOSS TUCKER CHIU HEBESHA & WARD PC
5260 North Palm, Suite 205
Fresno, California 93704
Telephone: (559) 472-9922
Facsimile: (559) 472-9892

Attorneys for **Defendant,**
**MID VALLEY LABOR SERVICES, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MID VALLEY LABOR SERVICES, INC.,<br><br>　　　　Defendant. | Case No.: **CV 10 2560 JCS**<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE SET AUGUST 26, 2011**<br><br>Date: August 26, 2011<br>Time: 1:30 p.m.<br>Place: Department A<br>Judge: Magistrate Judge Joseph C. Spero |

　　　Counsel for Defendant Mid Valley Labor Services, Inc. hereby requests that it be allowed to appear via telephone at the Initial Case Management Conference set August 26, 2011.

　　　If allowed, defendant's counsel, Douglas Tucker, can be reached at (559) 472-9922.

Dated: August 19, 2011.　　　　　　　　　　MOSS TUCKER CHIU HEBESHA & WARD PC

Dated: 8/22/11　　　　　　　　　　By: _/s/ Douglas Tucker_
　　　　　　　　　　　　　　　　　　　　DOUGLAS TUCKER
　　　　　　　　　　　　　　　　　　　　Attorneys for defendant
　　　　　　　　　　　　　　　　　　　　MID-VALLEY LABOR SERVICES, INC.

5258.26 – PLDG.REQ2

*[Court seal: IT IS SO ORDERED, signed Judge Joseph C. Spero]*

---

1

REQUEST FOR TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE SET AUGUST 26, 2011