WILLIAM R. TAMAYO -- #084965 (CA)
JONATHAN T. PECK -- #12303 (VA)
CINDY O'HARA -- #114555 (CA)
EQUAL EMPLOYMENT OPPORTUNITY
  COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California 94105-1260
Telephone:   (415) 625-5653
Facsimile:    (415) 625-5657

Attorneys for Plaintiff EEOC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | Civil Action No. C-10-02560 JCS |
| Plaintiff, | **STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE;** |
| v. | [proposed] |
| **MID VALLEY LABOR SERVICES, INC.,** | **ORDER** |
| Defendant. | |

The parties to this matter, by and through their counsel of record, hereby request that the case management conference, presently scheduled for 1:30 p.m. on November 18, 2011, be continued three weeks until December 9, 2011. This stipulated request is made on the following grounds:

The Court had requested that prior to the November 18, 2011 case management conference, the parties conduct depositions of the key witnesses in the matter. Defendant Mid Valley Labor Services, Inc.'s depositions of the EEOC's two named charging parties are scheduled to take place on November 14 and 15, 2011. Plaintiff EEOC's deposition of Mid Valley's alleged discriminating official was scheduled to take place on November 9, 2011 but had to be continued due to illness of counsel; said deposition cannot be rescheduled as on November 9, 2011, said witness became seroously

1  ill and is currently hospitalized.  A three week continuance will allow Defendant to take
2  the depositions of the named charging parties, for the parties to assess when it will be
3  possible for Plaintiff EEOC to take the deposition of the alleged discriminating official,
4  and for both parties to schedule an complete any other depositions they believe it will
5  be useful to conduct before the case management conference.
6      It is so stipulated.

Dated: November 10, 2011         Dated: November 10, 2011
EQUAL EMPLOYMENT            MOSS TUCKER LAW
OPPORTUNITY COMMISSION

\_\_\_/S/_____   \_\_\_/S/_____
Cindy O'Hara                    Douglas Tucker
Attorneys for Plaintiff EEOC    Attorneys for Defendant Mid Valley
                                Labor Services

### ORDER

IT IS SO ORDERED.  The Case Management Conference presently scheduled before this Court at 1:30 p.m. on November 18, 2011, is hereby continued to December 9, 2011.

Dated: November 14, 2011



U.S. District Magistrate Judge

STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER    Page 2