DOUGLAS TUCKER #127550
AMANDA G. HEBESHA #234214
MOSS TUCKER CHIU HEBESHA & WARD PC
5260 North Palm, Suite 205
Fresno, California 93704
Telephone: (559) 472-9922
Facsimile: (559) 472-9892

Attorneys for **Defendant,**
**MID VALLEY LABOR SERVICES, INC.**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MID VALLEY LABOR SERVICES, INC.,<br><br>Defendant. | Case No.: **CV 10 2560 JCS**<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date: March 23, 2012<br>Time: 1:30 p.m.<br>Place: Department A<br>Judge: Magistrate Judge Joseph C. Spero |

The parties to this matter, by and through their counsel of record, hereby request that the case management conference, presently scheduled for 1:30 p.m. on March 23, 2012, be continued two (2) weeks until April 6, 2012. This stipulated request is made on the following grounds: The parties have reached a tentative agreement and are in the process of finalizing terms of the same. The parties will continue to work towards a mutually agreeable consent decree and will lodge the same with the Court as soon as practicable.

Accordingly, the parties respectfully request the case management conference be continued an additional two (2) weeks.

///

///

**IT IS SO STIPULATED.**

Dated: March 22, 2012.    MOSS TUCKER CHIU HEBESHA & WARD PC

By: _/s/ Douglas Tucker_
Douglas Tucker
Attorneys for defendant
Mid-Valley Labor Services, Inc.

Dated: March 22, 2012.    EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By: _/s/ Cindy O'Hara_
Cindy O'Hara
Attorney for plaintiff
Equal Employment Opportunity Commission

## ORDER

IT IS SO ORDERED. The Case Management Conference presently scheduled before this Court at 1:30 p.m. on March 23, 2012, is hereby continued to April 6, 2012.

Dated: 3/22/12

The Hon. Joseph C. Spero
United States Magistrate Judge

*[Seal: United States District Court, Northern District of California — Judge Joseph C. Spero]*

5258.26-PLDG-Stip & Order re 3-23-12 CMC

MOSS TUCKER CHIU
HEBESHA & WARD PC
5260 N. Palm Ave., #205
Fresno, CA 93704