DOUGLAS TUCKER  #127550
AMANDA G. HEBESHA  #234214
MOSS TUCKER CHIU HEBESHA & WARD PC
5260 North Palm, Suite 205
Fresno, California  93704
Telephone:  (559) 472-9922
Facsimile:   (559) 472-9892

Attorneys for **Defendant,**
**MID VALLEY LABOR SERVICES, INC.**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> MID VALLEY LABOR SERVICES, INC., <br><br> Defendant. | Case No.: **CV 10 2560 JCS** <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> Date:  March 23, 2012 <br> Time:  1:30 p.m. <br> Place:  Department A <br> Judge: Magistrate Judge Joseph C. Spero |

The parties to this matter, by and through their counsel of record, hereby request that the case management conference, presently scheduled for 1:30 p.m. on March 23, 2012, be continued two (2) weeks until April 6, 2012. This stipulated request is made on the following grounds: The parties have reached a tentative agreement and are in the process of finalizing terms of the same. The parties will continue to work towards a mutually agreeable consent decree and will lodge the same with the Court as soon as practicable.

Accordingly, the parties respectfully request the case management conference be continued an additional two (2) weeks.

///

///

MOSS TUCKER CHIU
HEBESHA & WARD PC
5260 N. Palm Ave., #205
Fresno, CA 93704

**IT IS SO STIPULATED.**

Dated: March  22 , 2012.                    MOSS TUCKER CHIU HEBESHA & WARD PC


                                            By:  _/s/ Douglas Tucker_
                                                 Douglas Tucker
                                                 Attorneys for defendant
                                                 Mid-Valley Labor Services, Inc.

Dated: March  22 , 2012.                    EQUAL EMPLOYMENT OPPORTUNITY
                                            COMMISSION


                                            By:  _/s/ Cindy O'Hara_
                                                 Cindy O'Hara
                                                 Attorney for plaintiff
                                                 Equal Employment Opportunity
                                                 Commission


## <u>ORDER</u>

IT IS SO ORDERED. The Case Management Conference presently scheduled before this

Court at 1:30 p.m. on March 23, 2012, is hereby continued to April 6, 2012.

Dated:  3/22/12            .

_____

The Honorable                Spero
United States         Judge

Judge Joseph C. Spero

5258.26-PLDG-Stip & Order re 3-23-12 CMC

MOSS TUCKER CHIU
HEBESHA & WARD PC
5260 N. Palm Ave., #205
Fresno, CA 93704

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE