DOUGLAS TUCKER #127550
AMANDA G. HEBESHA #234214
MOSS TUCKER CHIU HEBESHA & WARD PC
5260 North Palm, Suite 205
Fresno, California 93704
Telephone: (559) 472-9922
Facsimile: (559) 472-9892

Attorneys for **Defendant,**
**MID VALLEY LABOR SERVICES, INC.**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MID VALLEY LABOR SERVICES, INC.,<br><br>　　　　Defendant. | Case No.: **CV 10 2560 JCS**<br><br>**STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date:　April 6, 2012<br>Time:　1:30 p.m.<br>Place:　Department A<br>Judge: Magistrate Judge Joseph C. Spero |

　　　　The parties to this matter, by and through their counsel of record, hereby request that the case management conference, presently scheduled for 1:30 p.m. on April 6, 2012, be continued three (3) weeks until April 27, 2012. This stipulated request is made on the following grounds: The parties have reached a tentative agreement, however, due to medical issues experienced by trial counsel for both parties in the last two weeks, the parties were unable to finalize the specific terms of the consent decree. The parties are currently in the process of working towards a mutually agreeable consent decree and will lodge the same with the Court as soon as practicable.

　　　　Accordingly, the parties respectfully request the case management conference be continued an additional three (3) weeks.

///

MOSS TUCKER CHIU
HEBESHA & WARD PC
5260 N. Palm Ave., #205
Fresno, CA 93704

1 of 2
STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

**IT IS SO STIPULATED.**

Dated: April 5, 2012.       MOSS TUCKER CHIU HEBESHA & WARD PC

By: ___/s/ Douglas Tucker_____
    Douglas Tucker
    Attorneys for defendant
    Mid-Valley Labor Services, Inc.

Dated: April 5, 2012.       EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By: ___/s/ Cindy O'Hara_____
    Cindy O'Hara
    Attorney for plaintiff
    Equal Employment Opportunity Commission

## ORDER

IT IS SO ORDERED. The Case Management Conference presently scheduled before this Court at 1:30 p.m. on April 6, 2012, is hereby continued to April 27, 2012.

Dated: __April 5, 2012_____.

The Ho[n]_____ Spero
United [States Magistrate] Judge

*Judge Joseph C. Spero*

5258.26-PLDG-Stip & Order re 4-6-12 CMC